UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA CORRADO,

                       Plaintiff,

              -against-

HILTON WORLDWIDE HOLDINGS, INC. and
HILTON ARUBA CARIBBEAN RESORT &
CASINO,

                    Defendants.

25-CV-5701 (JGLC)

**ORDER OF DISMISSAL**

JESSICA G. L. CLARKE, United States District Judge:

      The Complaint in this action was refiled on December 5, 2025. ECF No. 5. On April 3, 2026, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure – or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 6. The Court notified Plaintiff that if she did not show good cause – or file anything – by April 10, 2026, the Court would dismiss the Complaint. *Id.* Plaintiff did not file anything by the deadline.

      Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

Dated:  April 13, 2026
        White Plains, New York

                            SO ORDERED.

                            *Jessica Clarke*

                            JESSICA G. L. CLARKE
                            United States District Judge